

# NUMBERS 13-11-00478-CV,
## 13-11-00508-CV, & 13-11-00509-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROGELIO V. CASTELLANOS,** **Appellant,**

**v.**

**JOSE A. CASAS AND MARIA G. CASAS,
INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THEIR
DECEASED CHILD, JAVIER CASAS,** **Appellees.**

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Rogelio V. Castellanos, has appealed three separate orders issued by the trial court in these three appellate causes. The parties have now filed an "Agreed Motion to Dismiss the Appeal" in each of these causes on grounds that the parties have

reached an agreement to settle and compromise their differences. The parties request that this Court dismiss the appeals.

The Court, having considered the documents on file and the "Agreed Motion to Dismiss" in each cause, is of the opinion that the motions should be and are GRANTED. *See* TEX. R. APP. P. 42.1(a). The stay previously imposed by the Court in these causes is LIFTED. The appeals are hereby DISMISSED. By agreement, each party will bear its own costs. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at the parties' request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

IT IS SO ORDERED.


PER CURIAM


Delivered and filed the
31st day of August, 2011.

2